JOHN S. LEONARDO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
AZ State Bar No. 022079
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2016 JUN -1 P 3 13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR16-1109 TUC JAS(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | I N D I C T M E N T |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 844(e) |
| Richard Lee Russell, | (Making Threat to Destroy Building) |
| Defendant. | **VICTIM** |

**THE GRAND JURY CHARGES:**

On or about April 29, 2016, at or near Florence, in the District of Arizona, RICHARD LEE RUSSELL, through the use of the telephone, willfully made a threat to unlawfully to damage and destroy a building; that is, the Thomas Eagleton Federal Courthouse in St. Louis, Missouri; by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

/s/
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

Dated: June 1, 2016

REDACTED FOR
PUBLIC DISCLOSURE